DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
STACEY JACOBS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>STACEY JACOBS<br><br>           Defendant. | CR.S.  No.  2:12-CR-323 MCE<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO REMOVE CONDITIONS #5 (DRUG TESTING) AND #13 (MEDICAL OR PSYCHIATRIC TREATMENT)** |

    Ms. Jacobs was released on conditions and is supervised by the Pretrial Services Agency.  Ms. Jacobs requests that Special Conditions of Release 5 and 13 should be removed.

    Special Condition of Release number 5 requires Ms. Jacobs to "submit to drug and/or alcohol testing as approved by the pretrial services officer…"

    Special Condition number 13 reads, in relevant part, "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer…"

  Pretrial Services Officer Renee Basurto has reported to the parties that Ms. Jacobs' counselor requested that Ms. Jacobs be terminated from counseling because Ms. Jacobs is stable and in good mental health.  Also, Ms. Jacobs has participated in drug testing for almost a year without any positive tests.  Accordingly, the defense requests that conditions 5 and 13 be removed and the Pretrial Services Agency and the Government do not object.

                    Respectfully submitted,

Dated:  July 24, 2013         /s/ David D. Fischer
                    DAVID D. FISCHER
                    Attorney for Defendant
                    STACEY JACOBS

Dated:  July 24, 2013         /s/ David D. Fischer for
                    LEE BICKLEY
                    Assistant United States Attorney
                    Counsel for Plaintiff

**IT IS SO ORDERED**

**Dated:  July 24, 2013**

                    _Kendall J. Newman_
                    KENDALL J. NEWMAN
                    UNITED STATES MAGISTRATE JUDGE