DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
STACEY JACOBS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STACEY JACOBS,<br><br>　　　　Defendant. | No. 2:12-CR-000323 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on February 19, 2015.

2.   By this stipulation, the defendant now moves to set the case for trial on April 4, 2016, at 9:00 a.m. and a trial confirmation hearing on March 3, 2016, at 9:00 a.m. and to exclude time between February 19, 2015, and April 4, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3.   The parties agree and stipulate, and request that the Court find the following:

1

a. Both parties ask that this case be set for trial. .

b. The government has represented that the discovery associated with this case includes approximately 4,423 pages of investigative reports, and related documents in electronic form. Discovery has been either produced directly to counsel and/or made available for inspection and copying related to these cases.

c. Defense counsel needs additional time to prepare for trial in light of the volume of discovery in this case and his trial schedule. In this case, Defense counsel needs additional time to review discovery, conduct legal research, prepare motions, conduct witness interviews, and potentially consult with a computer expert. Defense counsel is also scheduled to begin trial in August 2015 in United States v. Huanhao Chen; trial in September 2015 in United States v. Lee Loomis; trial in October 2015 in United States v. Yakimenko et. al; trial in February 2016 trial number 2 for United States v. Lee Loomis et. al. United States v. Lee Loomis is an alleged Ponzi scheme and real estate fraud case. There are 5TB of discovery in that case which consists of hundreds of thousands of pages of discovery and dozens of witnesses.

d. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance. The defendant, personally, does not object to this continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of February 19, 2015, and April 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 17, 2015

BENJAMIN WAGNER
U.S. ATTORNEY

by:   /s/ David D. Fischer for
LEE BICKLEY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: February 17, 2015

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
STACEY JACOBS

**O R D E R**

IT IS SO ORDERED.

Dated: February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT