DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
STACEY JACOBS

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STACEY JACOBS<br><br>　　　　　　　Defendant. | CR.S.  No.  2:12-CR-323 MCE<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ADD CONDITION TO PARTICIPATE IN M.R.T** |

　　　　Ms. Jacobs was released on conditions and is supervised by the Pretrial Services Agency.  After consultation with Pretrial Services Officer Daryl Walker, the parties request that Ms. Jacobs' conditions of supervised release be modified to add a condition that requires her to attend a cognitive behavior treatment program.  Accordingly, the parties request the court to order the following condition:

　　　　"You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

- 2 -

|     |     |
| --- | --- |
|     | Respectfully submitted, |
| Dated:  July 17, 2015 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Attorney for Defendant<br>STACEY JACOBS |
| Dated:  July 17, 2015 | /s/ David D. Fischer for<br>LEE BICKLEY<br>Assistant United States Attorney<br>Counsel for Plaintiff |

**IT IS SO ORDERED**

Dated: July 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE