```
1    DAVID D. FISCHER, SBN 224900
     LAW OFFICES OF DAVID D. FISCHER, APC
2    5701 Lonetree Blvd., Suite 312
3    Rocklin, CA 95765
     Telephone:   (916) 447-8600
4    Fax:         (916) 930-6482
5    E-Mail:      davefischer@yahoo.com

6    Attorney for Defendant
7    STACEY JACOBS
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR.S. No. 2:12-CR-323 MCE |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| STACEY JACOBS, | |
| Defendant. | |

Ms. Jacobs was released on conditions and is supervised by the Pretrial Services Agency. After consultation with Pretrial Services Officer Taifa Gaskins, the parties request that Ms. Jacobs's conditions of pretrial release be modified to <u>remove</u> the cognitive behavior treatment program condition, and to <u>add</u> the following condition:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay for all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

- 1 -

- 2 -

                                              Respectfully submitted,

Dated: March 28, 2016                  /s/ David D. Fischer
                                              DAVID D. FISCHER
                                              Attorney for Defendant
                                              STACEY JACOBS

Dated: March 28, 2016                  /s/ David D. Fischer for
                                              LEE BICKLEY
                                              Assistant United States Attorney
                                              Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: April 7, 2016

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE