PHILLIP A. TALBERT
Acting United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>STACEY JACOBS,<br><br>                              Defendant. | CASE NO.  2:12-CR-0323 GEB<br><br>STIPULATION REGARDING SENTENCING DATE; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: May 20, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on May 20, 2016.

2.      The United States needs additional time in order to prepare its sentencing memorandum.

3.      By this stipulation, the parties move to continue the sentencing date until June 17, 2016.

IT IS SO STIPULATED.

Dated:  May 6, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated:  May 6, 2016

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
STACEY JACOBS

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the May 20, 2016, sentencing date for Stacey Jacobs is continued to June 17, 2016 at 9:00 a.m.

Dated:  May 10, 2016


GARLAND E. BURRELL, JR.
Senior United States District Judge